Order entered November 12, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00986-CR

### CLYDE GARRISON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F09-56536-H

## ORDER

Appellant's November 6, 2012 motion for extension of time to file appellant's brief is
**GRANTED** to the extent the time to file appellant's brief is **EXTENDED** to **THIRTY DAYS**
from the date of this order.

_Lana Myers_
LANA MYERS
JUSTICE